IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02413-WDM-MJW

ALFRED SANCHEZ,

Plaintiff(s),

v.

SOUTH CONEJOS SCHOOL DISTRICT RE-10, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Plaintiffs' Motion to Amend Complaint to Add Party Defendants (docket no. 20) is GRANTED. The caption of this case is corrected to reflect the Plaintiff's correct spelling of his name. Plaintiff's name is spelled Alfred Sanchez. Defendant San Luis Uniserv is dismissed as party without prejudice.

Date: February 12, 2008