IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02413-WDM-MJW

ALFRED SANCHEZ,

    Plaintiff,

v.

SOUTH CONEJOS SCHOOL DISTRICT RE-10, et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to defendants Velasquez, Corn, Colorado Education Association and Antonito Classroom Teachers Association in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to defendants Veronica Velasquez, Jane Corn, Colorado Education Association and Antonito Classroom Teacher's Association, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 9, 2008.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge

PDF FINAL