IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02413-WDM-MJW

ALFRED SANCHEZ,

Plaintiff(s),

v.

SOUTH CONEJOS SCHOOL DISTRICT RE-10, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that (1) Plaintiff's Motion to Compel Defendant School District's Executive Session Minutes (docket no. 36) (2) Plaintiff's Expedited and Amended Motion to Compel Production of Defendant School District's Executive Session Minutes (docket no. 37), and (3) Plaintiff's Second Amended and Expedited Motion to Compel Production of Defendant School District's Executive Session Minutes (docket no. 39) and (3) are **all DENIED** for all of those reasons as outlined in Defendants' response (docket no. 41) which this court incorporates by reference as the basis for denying this motion.

Dated: August 18, 2008