**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-02413-CMA-MJW

ALFRED SANCHEZ,

    Plaintiff,

v.

SOUTH CONEJOS SCHOOL DISTRICT RE-10
MR. ANDREW GURULE (Chairman of the Board), and
CARLOS GARCIA (Superintendent and individually),

    Defendants.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **April 6, 2009 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **March 27, 2009 at 8:30 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

DATED: January __13__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge